# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-5215-AJB |
|---|---|
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION** |
| JESUS MANUEL CAMACHO, | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Information in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons stated in the motion, the court finds that the interests of justice and judicial economy are served and the case is dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated. Defense Counsel must prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: January 27, 2020

Hon. Anthony J. Battaglia
United States District Judge